**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Jo Ann Nicholas, et al. | § § | |
| *versus* | § § | Case Number: 4:21−cv−00272 |
| City Of Houston, et al. | § § | |

## Notice of Reassignment

    By agreement of the judges, this case is reassigned to the docket of United States District Judge Alfred H Bennett. All court settings are vacated.

Date: February 2, 2021

Nathan Ochsner, Clerk